IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DANIEL Z. MALDONADO

                Petitioner,                          ORDER

       v.                                     3:07-cv-673-bbc

RICK RAEMISCH, Secretary,
Wisconsin Department of
Corrections and DAVID H.
SCHWARZ, Administrator,
Division of Hearings and Appeals,

                Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Petitioner Daniel Z. Maldonado, a prisoner at the Sauk County Jail in Baraboo, Wisconsin, has submitted a proposed complaint. He asks for leave to proceed <u>in forma pauperis</u>. Because petitioner is a prisoner, he is subject to the 1996 Prisoner Litigation Reform Act. This means that before this court may decide whether he can proceed with his complaint <u>in forma pauperis</u>, petitioner will have to make an initial partial payment of the filing fee in the amount of $68.17 and the remainder of the fee in monthly installments even if his request for leave to proceed is denied.

ORDER

IT IS ORDERED that petitioner is assessed $68.17 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the amount of $68.17 on or before December 26, 2007. If, by December 26, 2007, petitioner fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to petitioner's filing his case at a later date.

Entered this 5th day of December, 2007.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge