# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| DANIEL Z. MALDONADO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br><br>WISCONSIN DEPARTMENT OF CORRECTIONS,<br><br>　　　　Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No.: 07-cv-673-bbc |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

　　This case is dismissed against respondent.


THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

**/s/ M. Hardin**

**by Deputy Clerk**　　　　　　　　　　　　　_____3/7/08_____
　　　　　　　　　　　　　　　　　　　　　　　Date